FILED

10/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0086

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0086

_____

IN RE THE ESTATE OF ROBERT BRENDEN,
ROD BRENDEN, Personal Representative,

BARBARA JENSEN,

  Third-Party Plaintiff and Appellee,

 v.

JILL BRENDEN, an individual,

  Third-Party Defendant and Appellant,

GLACIER BANK cl/b/a BIG SKY WESTERN
BANK,

  Third Party Defendants.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John C. Brown, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 9 2024